239 So.2d 220

**Ex parte Alabama Equity Corporation,
a Corporation.**

**In re ALABAMA EQUITY CORPORATION,
a Corporation**

v.

**Albert F. HALL.**

**6 Div. 802.**

Supreme Court of Alabama.

Sept. 3, 1970.

G. W. Nicholson, Birmingham, for petitioner.

Rives, Peterson, Pettus & Conway, Birmingham, opposed.

McCALL, Justice.

Petition of Alabama Equity Corporation for certiorari to the Court of Civil Appeals to review and revise the judgment and decision of that Court in Alabama Equity Corporation, a Corporation v. Hall, 46 Ala.App. 143, 239 So.2d 215.

Writ denied.

LIVINGSTON, C. J., and LAWSON, SIMPSON, MERRILL, COLEMAN, HARWOOD, BLOODWORTH and MADDOX, JJ., concur.

238 So.2d 356

**Ex parte James Ellis Baines, Jr.**

**In re James Ellis BAINES, Jr.**

v.

**CITY OF BIRMINGHAM.**

**6 Div. 803.**

Supreme Court of Alabama.

Aug. 6, 1970.

George C. Longshore, Cooper, Mitch & Crawford, Birmingham; Reber F. Boult, Jr., American Civil Liberties Union, Atlanta, Ga., for petitioner.

William C. Walker, Legal Department, Birmingham, opposed.

BLOODWORTH, Justice.

Petition of James Ellis Baines, Jr., for certiorari to the Court of Criminal Appeals to review and revise the judgment and decision of that Court in Baines v. City of Birmingham, 46 Ala.App. 72, 238 So.2d 352 (6 Div. 6).

Writ denied.

All the Justices concur.